■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK BECKWITH, Appellant. (Appeal No. 1.) [759 NYS2d 923] —Motion for reargument granted and, upon reargument, the fourth sentence of the first paragraph of the memorandum (289 AD2d 956 [2001]) is deleted and the following sentence is substituted in its place: "Although the caseworker was called as a witness at trial, she was not a witness before the grand jury (*see People v Litzenberger*, 234 AD2d 947, 948 [1996];. *cf. People v Sayavong*, 83 NY2d 702 [1994])." Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe, and Lawton, JJ.